IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STANLEY KENNEL                                                                                    PLAINTIFF

vs.                                        Civil No. 6:16-cv-06107

NANCY A. BERRYHILL                                                                           DEFENDANT
Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 9th day of February 2018, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

   **IT IS SO ORDERED.**

                                                                /s/ Barry A. Bryant
                                                                HON. BARRY A. BRYANT
                                                                U. S. MAGISTRATE JUDGE